# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.   23-CR-306 (RC) |
| v. : | |
| : | |
| TONEY SHELDON BRAY and : | |
| ETHAN AARON BRAY, : | |
| : | |
| Defendants. : | |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's Pretrial Order, ECF No. 31, the parties submit the following joint pretrial statement:

**1.      Proposed Statement of the Case**

This is a criminal case. The United States has charged the defendants in connection with events that occurred at the United States Capitol on January 6, 2021.  The Indictment alleges that the defendants obstructed law enforcement officers during a civil disorder; entered and remained in the restricted U.S. Capitol building and grounds; engaged in disorderly and disruptive conduct in restricted U.S. Capitol building and grounds; and paraded, demonstrated, or picketed in a Capitol Building.  The Indictment further alleges that defendant Toney Bray stole a U.S. Capitol Police riot shield.  The defendants, Toney Sheldon Bray and Ethan Aaron Bray, have pleaded not guilty to all charges and are presumed innocent.

**2.      Estimate of the Number of Trial Days**

The parties anticipate that the trial will last three trial days.

3. **Witnesses**

The government anticipates calling the following witnesses, but may add or remove witnesses as the trial date gets closer.

- Rani Brooks (USCP)
- Melissa Blackledge (USCP)
- Elizabeth Cobb (USCP)
- Nathan Cole (USCP)
- Nicole Roth (USCP)
- Lani Hawa (USSS)
- Daniel Blount (FBI)

Defendants Toney Sheldon Bray and Ethan Aaron Bray reserve the right to remain silent or to testify in their own defense following the presentation of the prosecution's case. The defense anticipates no other witnesses at this time, but may add or remove witnesses as the trial date gets closer.

4. **Expert Witnesses**

Neither party intends to call any expert witnesses in its case-in-chief.

5. **List of Outstanding Motions**

- Defendants' Joint Motion *in Limine* (ECF No. 37)

- Government's Motion *in Limine* regarding evidence about specific locations of CCTV cameras (ECF No. 39)

- Government's Motion *in Limine* to preclude improper defense arguments and evidence about law enforcement (ECF No. 40)

- Government's Motion *in Limine* to limit the cross-examination of U.S. Secret Service Witnesses (ECF No. 41)

6. **Proposed Voir Dire**

Given that the parties are proceeding with a bench trial, the parties have not submitted proposed voir dire.

7. **Proposed Legal Instructions**

The proposed legal instructions are attached as Exhibit A, with objections colored in red.

8. **List of Prior Convictions**

Defendant Ethan Bray was previously convicted of Robbery in Seattle, Washington in Case No. 16102750.

9. **List of Exhibits**

A copy of the government's exhibit list is attached as Exhibit B.  At this time, the Brays exercise their constitutional rights and does not anticipate entering any exhibits into evidence.  If there is a change in that position, an exhibit list will be promptly provided to the Court and government counsel.

10. **Stipulations**

The parties have agreed to a number of stipulations, which are attached as Exhibit C.

11. **Judicial Notice**

No requests for judicial notice at this time.

12. **Proposed Verdict Form**

Given that the parties are proceeding with a bench trial, the parties have not submitted a verdict form.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Sarah C. Martin*
Sarah C. Martin
Jack E. Burkhead
Assistant United States Attorneys

4

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Sarah C. Martin*
Sarah C. Martin
Jack E. Burkhead
Assistant United States Attorneys