UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **CASE NO. 24-CR-96 (JMC)** |
| **KAMANYE WILLIAMS, GIANNI ROBINSON, and LONDON TEETER,** | ) ) | |
| | ) | |

## UNOPPOSED DEFENSE JOINT MOTION
## TO CONTINUE SENTENCING HEARING AND DEADLINES

Mr. Williams, Mr. Robinson, and Ms. Tetter, by and through their undersigned counsel, respectfully move this Honorable Court to continue the sentencing hearing currently scheduled for July 30th, 2025, and the sentencing memoranda deadlines. The undersigned attorneys need additional time to prepare for sentencing in light of sentencing guideline challenges and their trial schedules. The government does not oppose this motion. The parties agree that exclusion of time under the Speedy Trial Act is warranted in the interest of justice.

The defense respectfully requests that the parties be allowed to contact this Honorable Court's Courtroom Deputy to jointly propose dates for the next hearing.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004
(202) 208-7500
Counsel for Gianni Robinson

1

        /s/
ALFRED GUILLAUME, III
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Avenue NW
Suite 308
Washington, DC 20036
(202) 321-0549
Counsel for Kamanye Williams


        /s/
CARMEN D. HERNANDEZ
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
Counsel for London Teeter

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 16th day of July 2025, I caused a copy of the foregoing Unopposed Joint Defense Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender