IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  *

v.              * Criminal Case No. 24-096-JMC

KAMANYE WILLIAMS      *

\* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, KAMANYE WILLIAMS, by and through his attorney Alfred Guillaume III, hereby submits the attached sentencing mitigation report.

WHEREFORE, undersigned counsel requests that this Honorable Court consider the report and all its attachments at the Defendant's sentencing.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Sentencing Memorandum was electronically filed with the Clerk via the CM/ECF system on JULY 31, 2025 with notice and access to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.